I hereby certify on ___ that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ___
☒ original filed in my office on ___
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: ___
Deputy Clerk

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND

Plaintiff,

v.

JOHN ROCCHIO, INC.,

Defendant,

C.A. No. 06-10316WGY

MISC 06 072S

**JUDGMENT**

A default has been entered against John Rocchio, Inc. April 6, 2006, for failing to answer or otherwise defend.

Now, upon application and Declaration of Plaintiff demonstrating that Defendant owes Plaintiff the principal sum of $29,214 for delinquent contributions for the months of November 2005 through April 2006, the sum of $241.37 in late charges, the sum of $602.25 in interest charges, $5,891.07 in liquidated damages and $3,976.03 in attorneys' fees and costs, and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from John Rocchio, Inc. the sum of $39,924.72. Plaintiff maintains its right to audit the payroll records of defendant and seek additional contributions, which may be owed pursuant to that audit.

Dated: 6/8/06

Elizabeth Smith
Deputy Clerk

June 8, 2006
Form of judgment approved.
William G. Young
District Judge